[No. 4938–1.   Division One.   August 29, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS E.
EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 75446, Francis E. Holman, J., entered July 7,
1976. *Affirmed* by unpublished per curiam opinion.

[No. 2939–1.   Division One.   September 6, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ROBERT BATEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 63988, Janice Niemi, J., entered April 4, 1974.
*Affirmed* by unpublished per curiam opinion.

[No. 4278–1.   Division One.   September 6, 1977.]

DAVID L. BROOKS, ET AL, *Appellants*, v. MACCUBBIN
JONES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 781816, James W. Mifflin, J., entered October
21, 1975. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Williams and Callow, JJ.

[No. 4467–1.   Division One.   September 6, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
WILLIAM MOONEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 73029, Peter K. Steere, J., entered January 5,
1976. *Affirmed* by unpublished per curiam opinion.